HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
abe.colman@hklaw.com
Raymond Y. Kim (SBN 251210)
raymond.kim@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450

Attorneys for Defendant
NewRez, LLC d/b/a Shellpoint Mortgage Servicing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTAR RANA,<br><br>    Plaintiff,<br><br>   vs.<br><br>NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendant. | Case No.:   8:21-cv-01705<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441** |

Defendant NewRez, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and remove to the United States District Court for the Central District of California, the cause of action currently pending in the Superior Court of the State of California in and for the County of Orange, styled *Kartar Rana vs. NewRez, LLC dba*

1

NOTICE OF REMOVAL                                                                                                          CASE NO.:

*Shellpoint Mortgage Servicing,* Case No. 30-2021-01220235-CU-BT-CXC, on the following grounds:

This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff, Kartar Rana ("Plaintiff"), originally filed this civil action on or about September 8, 2021, in the Superior Court of the State of California, in and for the County of Orange. Plaintiff is seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as **Exhibit 1**.

A. **CONSENT TO REMOVAL**

1. Defendant Shellpoint is the only Defendant named.

B. **TIMELINESS OF REMOVAL**

2. Defendant executed a waiver of service on September 16, 2021. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

C. **THE VENUE REQUIREMENT IS MET**

3. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

D. **FEDERAL QUESTION AT ISSUE**

4. Plaintiff alleges purported claims under the federal Fair Credit Reporting Act and federal Fair Debt Collections Practices Act. *See* Compl. Although Plaintiff has also asserted proposed claims alleging violation of California's Unfair Competition Law, California Civ. Code 17788, the Consumer Legal Remedies Act Cal. Civ. Code 1750, and the California Consumer Credit Reporting Agencies Act, *see id.*, pursuant to 28 U.S.C. § 1441(c)(1), the entire action may be removed as the action would be removable without the inclusion of the other claims.

5. Plaintiff's Complaint is removable to the United States District Court for the Central District of California because the Complaint presents a federal question. Specifically, 28 U.S.C. §

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims provide the basis for this Court's jurisdiction as he has brought suit under the laws of the United States. Accordingly, Shellpoint is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

E. **NOTICE TO PARTIES AND TO THE SUPERIOR COURT**

6. Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Superior Court of California in and for the County of Orange, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Shellpoint respectfully requests that the above-styled action now pending against it in the Superior Court of California in and for the County of Orange be removed to this Court.

Dated: October 13, 2021   HOLLAND & KNIGHT LLP

/s/*Raymond Y. Kim*
Raymond Y Kim

Attorneys for Defendant
NewRez, LLC d/b/a Shellpoint Mortgage Servicing